# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TROY ANTHONY KING, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CHESTER COUNTY PRISON, et al., | : | No. 10-6952 |
| Defendants. | : | |

## ORDER

**AND NOW**, this **12th** day of **March, 2012**, upon consideration of Defendants' Motion for Summary Judgment, and for the reasons stated in the Court's Memorandum dated March 12, 2012, it is hereby **ORDERED** that:

1. The motion (Document No. 14) is **GRANTED**.

2. Judgment is entered in favor of Defendants and against Plaintiff.

3. The Clerk of the Court is directed to close this case.

BY THE COURT:

**Berle M. Schiller, J.**